FILED BY __BM__ D.C.
Mar 10, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

RECEIVED USMS-LA
02/12/2025
FID: 11766051

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

47/O L/4683/I QQF O CP *UGCNGF +

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>                          PLAINTIFF, <br><br> v. <br><br> MARK ANTHONY WALKER, <br><br>                          DEFENDANT | CASE NUMBER: <br><br> 2:25-CR-00099-MWC    1 <br><br><br> **WARRANT FOR ARREST** |

To:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **MARK ANTHONY WALKER** and bring him forthwith to the nearest Magistrate Judge to answer an Indictment charging him with Distribution of Fentanyl Resulting in Death, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C).

Brian Karth
NAME OF ISSUING OFFICER

Clerk of Court
TITLE OF ISSUING OFFICER

*Karina Morans-Carrillo*
SIGNATURE OF DEPUTY CLERK

February 11, 2025        Los Angeles, CA
DATE AND LOCATION OF ISSUANCE

By:   ALICIA G. ROSENBERG
NAME OF JUDICIAL OFFICER

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION)

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | TITLE |
| **DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO** | SIGNATURE OF ARRESTING OFFICER |

CR-12 (08/10)              **WARRANT FOR ARREST**              Page 1 of 2

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF, v. MARK ANTHONY WALKER, DEFENDANT | CASE NUMBER: 2:25-CR-00099-MWC   1 |
| --- | --- |
| | **WARRANT FOR ARREST** |

## ADDITIONAL DEFENDANT INFORMATION

| RACE: | SEX: | HEIGHT: | WEIGHT: | HAIR: | EYES: | OTHER: |
| --- | --- | --- | --- | --- | --- | --- |
| YEAR OF BIRTH: **1987** | | PLACE OF BIRTH: | | SOCIAL SECURITY NO.: | DRIVER'S LICENSE NO. | ISSUING STATE |
| ALIASES: | | SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS: | | | | |
| AUTO YEAR: | AUTO MAKE: | AUTO MODEL: | | AUTO COLOR: | AUTO LICENSE NO.: | ISSUING STATE |

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

FBI NUMBER:

ADDITIONAL INFORMATION:

| INVESTIGATIVE AGENCY NAME: **DEA** | INVESTIGATIVE AGENCY ADDRESS: |
| --- | --- |

NOTES:

```
                    FILED
            CLERK, U.S. DISTRICT COURT

                  2/11/2025

            CENTRAL DISTRICT OF CALIFORNIA
            BY: ____MMC____ DEPUTY
```

**25-MJ-2461-GOODMAN(SEALED)**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>MARK ANTHONY WALKER,<br><br>       Defendant. | CR No. 2:25-CR-00099-MWC<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1), (b)(1)(C): Distribution of Fentanyl Resulting in Death; 21 U.S.C. § 853: Criminal Forfeiture] |

The Grand Jury charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about November 3, 2023, in Los Angeles County, within the Central District of California, defendant MARK ANTHONY WALKER knowingly and intentionally distributed N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II narcotic drug controlled substance, the use of which resulted in the death and serious bodily injury of victim C.B. on or about November 5, 2023.

FORFEITURE ALLEGATION

[21 U.S.C. § 853]

1. Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 21, United States Code, Section 853, in the event of the defendant's conviction of the offense set forth in this Indictment.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

    (a) All right, title and interest in any and all property, real or personal, constituting or derived from, any proceeds which the defendants obtained, directly or indirectly, from any such offense;

    (b) All right, title and interest in any and all property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of any such offense; and

    (c) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a) and (b).

3. Pursuant to Title 21, United States Code, Section 853(p), the defendant, if so convicted, shall forfeit substitute property if, by any act or omission of the defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished

in value; or (e) has been commingled with other property that cannot be divided without difficulty.

                                        A TRUE BILL

/S/_____
Foreperson

JOSEPH T. MCNALLY
Acting United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

*[signature: Frances S. Lewis]*

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

BENEDETTO L. BALDING
Assistant United States Attorney
Deputy Chief, General Crimes Section

ALEXANDER H. TRAN
Assistant United States Attorney
General Crimes Section